UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>              Plaintiff,<br><br>  vs.<br><br>MAGGIE MILLER-STOUT, RISA KLEMME, UNKNOWN MAILROOM EMPLOYEE, and AHCC,<br><br>              Defendants. | NO.  CV-07-210-RHW<br><br>ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION |

    By Order filed August 23, 2007, the Court directed Mr. Silva to show cause why this case should not be dismissed under 28 U.S.C. § 1915(g), as Mr. Silva has had at least four cases dismissed as frivolous or for failure to state a claim. Plaintiff has submitted an "Offer of Proof" (Ct. Rec. 7), in which he asks this Court to take judicial notice of the fact two of these cases, *Silva v. Bush, et al.*, CV-06-984-JLR (Western District of Washington, dismissed April 16, 2007), and *Silva v. Goddard*, CV-06-2289-JAT/ECV (District of Arizona, Phoenix, dismissed March 27, 2007) are currently on appeal.

    The Prison Litigation Reform Act of 1995, Pub.L. No. 104-143, 110 Stat. 1321 (Apr. 26, 1996) amends the *in forma pauperis* statute, 28 U.S.C. § 1915. Section 1915(g) provides as follows:

    In no event shall a prisoner bring a civil action or appeal a

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 1

>judgment in a civil action or proceed under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

At this time, and until the Ninth Circuit affirmatively overrules the district court decisions in Plaintiff's two cases, those cases have been dismissed for failure to state a claim upon which relief may be granted. Therefore, they count as dismissals under 28 U.S.C. § 1915(g), and preclude Mr. Silva from proceeding before this Court *in forma pauperis.* He has made no showing he is under imminent danger of serious physical injury.

Accordingly, **IT IS ORDERED** Plaintiff's application to proceed *in forma pauperis* is **DENIED** and this case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff and close the file.

**DATED** this 18th day of October 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 2