AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Matthew G. Silva

JUDGMENT IN A CIVIL CASE

v.

Miller-Stout, et al

CASE NUMBER: CV-07-210-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Plaintiff's Application to Proceed In Forma Pauperis is DENIED and this case is DISMISSED Without Prejudice pursuant to 28 U.S.C. 1915(g)

10/18/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson